◾ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v YAMIL MIESESULERIO, Defendant. [53 NYS3d 561]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Queens County (Kron, J.), rendered August 28, 2014.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Balkin, J.P., Sgroi, Cohen and Duffy, JJ., concur.

◾ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH MURPHY, Appellant. [53 NYS3d 552]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Mullings, J.), imposed July 29, 2013, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Ellis*, 146 AD3d 806 [2017]; *People v Bruzzo*, 136 AD3d 1050 [2016]; *People v Quezada*, 122 AD3d 948 [2014]; *People v Angelis*, 94 AD3d 902 [2012]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dillon, Sgroi, Maltese and Barros, JJ., concur.

◾ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM OLIVERI, Appellant. [53 NYS3d 560]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Chin-Brandt, J.), imposed December 10, 2015, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Boney*, 130 AD3d 1057, 1057 [2015]). Eng, P.J., Chambers, Maltese and Barros, JJ., concur.